Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT

Central for the

District of California

2019 NOV 12 PM 12: 15

Division Eastern Division

EDCV19-02176 VBF SP

Case No. _____
(to be filled in by the Clerk's Office)

TSEPO BRIAN NYAMBE

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

FEDERAL BUREAU OF INVESTIGATION

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: (check one)   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

I.      **The Parties to This Complaint**

   A.      **The Plaintiff(s)**

           Provide the information below for each plaintiff named in the complaint. Attach additional pages if
           needed.

           Name                     Tsepo Brian Nyambe
           Street Address           44489 Town Center way ste D332
           City and County          palmdesert (Riverside)
           State and Zip Code       California 92260
           Telephone Number         (760) 461-0098
           E-mail Address           Sepopalmsprings@hotmail.com

   B.      **The Defendant(s)**

           Provide the information below for each defendant named in the complaint, whether the defendant is an
           individual, a government agency, an organization, or a corporation. For an individual defendant,
           include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — Fedral Bureau of Investigations

Job or Title *(if known)* — Government Agency

Street Address — 601 East Tahquitz Canyon way #200

City and County — palmsprings (Riverside)

State and Zip Code — California 92267

Telephone Number — (213) 894 - 3992   (FBI) Attorney

E-mail Address *(if known)* — Marian. Kaloustian @ Usdoj. gov

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Tsepo Brian Nyambe , is a citizen of the State of *(name)* California (permanent resident)

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant. *(name)* Federal Bureau of Investigation . is incorporated under

the laws of the State of *(name)* California , and has its

principal place of business in the State of *(name)* California .

Or is incorporated under the laws of *(foreign nation)* .

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

* $4,500,000

* Because the FBI is racial profilling me. And am the target of intimidation and snares which puts me in danger from people (government) for no apparent reason, It's been 7 years now.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

* 2013 – 2016 I noticed I was being watched and stalked. by FBI day and night.
* place I noticed the feds and saw them are palmsprings, Desert hot Springs, Indio, Sanfrancisco (2013 – 2016) because they've tried to arrest me or get me killed and I stayed In these cities e.t.c.
* 2016 Desert hot Springs arrested me for some domestic Violence on 06/14/16 and officer who arrested me is J.nielson of (DHS feds) who told me I had been under Investigation and it had ended.
* 2016 – till date the mental torture has continued I have been under Mental torture for 7 years everywhere have been. (Framed by the fed's)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

* AM Claiming 4.5 million dollars
* Reason am Claiming such an amount is because I have been racially profiled by the fed's and I have undergone mental torture by the Government (people)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11/12/2019

Signature of Plaintiff

Printed Name of Plaintiff    Tsepo Brian Nyambe

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address